Submitted on appellant's brief July 7, affirmed without opinion July 27, 1972

STATE OF OREGON, *Respondent, v.*
WAYNE MELTON (No. 7474), *Appellant.*

499 P2d 353

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

Robert E. Brasch, District Attorney, and Richard L. Barron, Assistant District Attorney, Coquille, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.